Darryl DAVIS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 75552.

Missouri Court of Appeals,
Eastern District.
Division Four.

Nov. 16, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 20, 2000.

Patricia M. Garvey, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Hawley, Asst. Atty. Gen., Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, Jr., Presiding Judge, MARY K. HOFF, Judge, and JAMES A. PUDLOWSKI, Senior Judge.

*ORDER*

PER CURIAM.

Movant, Darryl Davis, appeals from the judgment denying his Rule 29.15 motion without an evidentiary hearing. The court's findings of fact and conclusions of law are not clearly erroneous. Furthermore, no error of law appears as to movant's argument claiming the court erred in denying a continuance. An opinion would have no precedential value. The judgment is affirmed. Rule 84.16(b).

Larry KITCHEN, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 75551.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 16, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 20, 2000.

Application for Transfer Denied
Feb. 22, 2000.

Cheryl Carpenter, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kristin M. Frazier, Asst. Atty. Gen., Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, Jr., Presiding Judge, MARY K. HOFF, Judge, and JAMES A. PUDLOWSKI, Senior Judge.

*ORDER*

PER CURIAM.

Larry Kitchen appeals from the judgment denying his Rule 29.15 motion without an evidentiary hearing. The court's findings of fact and conclusions of law are not clearly erroneous. No jurisprudential purpose would be served by a written opinion.

The judgment is affirmed. Rule 84.16(b).